## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

DAVID BEALL,

   Plaintiff,

                                   CASE NO.:  6:16-cv-00099-Orl-18GJK

-vs-

BLUESTEM BRANDS, INC.,
d/b/a FINGERHUT,

   Defendant.

_____/

### NOTICE OF PENDING SETTLEMENT

     Plaintiff, DAVID BEALL, by and through her undersigned counsel, hereby notifies the Court that the parties, Plaintiff, NADINE WHALEN, and Defendant, BLUESTEM BRANDS, INC., d/b/a FINGERHUT., have reached a settlement with regard to this case, and are presently drafting, and finalizing the settlement agreement, and general release documents.   Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

Dated: March 2, 2016

                                  */s/ Frank H. Kerney, III*
                                  FRANK H. KERNEY, III, ESQUIRE
                                  Florida Bar#: 88672
                                  MORGAN & MORGAN, TAMPA, P.A.
                                  One Tampa City Center
                                  201 N. Franklin St., Suite 700
                                  Tampa, FL 33602
                                  Telephone: (813) 223-5505
                                  Facsimile:  (813) 223-5402
                                  Email:  fkerney@forthepeople.com
                                  Secondary: jkneeland@forthepeople.com
                                  *Attorney for Plaintiff*

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this 2nd day of March, 2016, the foregoing was filed

electronically in accordance with the Court's guidelines, using the Court's CM/ECF system, and

a copy of which was served via electronic mail to:

**KIMBERLY KOVES, ESQUIRE**
WIAND GUERRA KING P.A.
5505 W. Gray Street
Tampa, FL 33609
Tel: (813) 347-5100
Fax: (813) 347-5198
pking@wiandlaw.com
*Attorneys for Defendant*


**NADIA MALIK, ESQUIRE**
FAEGRE BAKER DANIELS LLP
3200 Wells Fargo Center
1700 Lincoln Street
Denver, CO 80203-4532
Tel: (303) 607-3702
Fax: (303) 607-3600
Nadia.Malik@FaegreBD.com
*Attorneys for Defendant*


*/s/ Frank H. Kerney, III*
FRANK H. KERNEY, III, ESQUIRE
Florida Bar#: 88672